Daniei,, Judge,
 

 after stating the facts as above, proceeded.
 

 • There is no evidence in the cause excusing the plaintiff’s
 
 laches.
 
 In decreeing or not decreeing specific performance of an unobjectionable contract, the Court, it is said, has a discretion, — and so it has; — but it is a regulated and judicial discretion, governed by established rules of equity. 1 Mad. C. P. 362. One of these rules is, that if there has not been
 
 gross laches
 
 in a plaintiff, a specific performance of an agreement for the purchase of an estate will not be decreed. 1 Mod. C. P. 415.
 

 What shall be deemed
 
 laches
 
 so as to prevent the Court decreeing specifically, will very much depend upon the circumstances attending each particular case; and also whether the plaintiff is in, or out of the possession of the estate;
 
 (vide
 
 the cases cited in 1 Mad. C. P. 417, 418.) The purchase here, was at the first, but for the life of an old lady. The plaintiff has lain by until perhaps the hires of the slaves may pay the debt. The risk of the life of Mrs. Strickland, and of the lives of the slaves, and the risk of the loss of evidence as to the terms of the contract, have been, all the time, at the expense of the defendants.
 

 A lot of slaves in this country, will almost necessarily materially change their value in seven or eight years. Shall the plaintiff, after such a lapse of time, and after filing his bill for a
 
 ne exeat
 
 be now permitted to have the amount of the hires carried to the credit of Wood’s debt, and to call for a specific performance ? It would certainly be very much in the teeth of what was said by Lord Alvant.ey, that a party cannot call upon a Court of
 
 *631
 
 Equity for a specific performance, unless he has shown himself “ ready, desirous, prompt and eager.” 5 Yes. Rep. 720, note. We are of opinion, that the
 
 laches
 
 of the plaintiff, taken in connection with the other circumstances in the case, precludes us from giving him a decree; and on this point the bill must be dismissed. We give no opinion as to the effect of the act of 1819, on the agreement.
 

 Per Curiam. Decree accordingly.